# United States District Court
## Northern District of Illinois
### Eastern Division

DOCKETED
MAY 23 2000

| | |
|---|---|
| U.S. ex rel: Michael Spivey | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 99 C 5312 |
| James T. Hartwig | |

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the petition for habeas corpus is denied.

Michael W. Dobbins, Clerk of Court

Date: 5/22/2000

Willie A. Haynes, Deputy Clerk